570 A.2d 960

DIANE L. SIMMONS v. BRADLEY W. SIMMONS.

October 17, 1989.

Petition for certification denied.

570 A.2d 961

STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANSPORTATION v. PHILIP R.T. CARROLL AND MRS. PHILIP R.T. CARROLL.

October 17, 1989.

Petition for certification granted. (See 234 *N.J.Super.* 37, 559 *A.*2d 1381)

570 A.2d 961

NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES v. NICHOLAS ANDRIAN.

October 17, 1989.

Petition for certification denied.

570 A.2d 961

JOHN F. STRAZULLO v. HOWARD G. RUSSELL, SR.

October 17, 1989.

Petition for certification denied.